SO ORDERED: April 13, 2011.



_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| HERBERT ARTHUR DEWBREW | ) Case No. 09-17311-FJO-13 |
|    Debtor, | ) |
| | ) |
| RUSSELL T. CLARKE, JR. | ) |
|    Plaintiff, | ) |
| | ) Adversary Proceeding No. |
|    v. | )  AP10-50132 |
| | ) |
| HERBERT ARTHUR DEWBREW | ) |
|    Defendant. | ) |

### JUDGMENT

The Court hereby incorporates by reference the Findings of Fact and Conclusions of Law entered simultaneously herein and ORDERS that judgment be entered in favor of the Plaintiff and against the Defendant on said sums set forth in the Complaint; and said debt is nondischargeable under Section 523(a)(5) of the United States Bankruptcy Code.

###

Case 10-50132    Doc 36    Filed 04/13/11    EOD 04/14/11 14:54:30    Pg 2 of 2